**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WALTER EUGENE LACROIX, | ) | NO. CV 13-05695-VBF-CW |
| Petitioner, | ) | |
| v. | ) | FINAL JUDGMENT |
| CYNTHIA L. TAMPKINS (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent Warden Cynthia L. Tampkins and against petitioner Walter Eugene Lacroix.

DATED: February 5, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE